**Order entered September 15, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01078-CV

### IN RE JASON ZENO, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-5136707**

## ORDER
Before Justices Francis, Brown, and Whitehill

Based on the Court's opinion of this date, we **DISMISS** relator's September 8, 2017 petition for writ of mandamus for want of jurisdiction.

/s/     BILL WHITEHILL
        JUSTICE